JACKSON v. EDWARDS and others.

Where a bill is amended after appearance, it is necessary to enter a fresh order that the
party answer the bill as amended and notice is to be given of the same with a copy of
the amended bill. It cannot, in such a case, be taken p. c. upon an order to answer en-
tered prior to the amendment.

*March 8th.
1836.*

*Practice.
Amendment.
Bill.
Order to an-
swer.*

Appearances had been entered; copies of bills served
and orders to answer entered; then, amendments, prior to
answers coming in, were made, and copies served: but no
new order to answer was entered and the bill was taken as
confessed upon the original orders to answer.

THE VICE-CHANCELLOR said, that the taking the bill *pro
confesso* upon the original order was irregular. Where a
bill is amended before answer and after appearance, it is
necessary to enter a new order to answer the bill as amend-
ed, and the complainant, in such a case, cannot take advan-
tage of the original order. The practice is properly laid
down by Mr. Hoffman in his Practice, v. 1, p. 297.

*Note.*—There were pecularities in the present case which
caused the court not to give costs.